UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>UTKARSH THAKUR,<br><br>           Defendant | Criminal No.   22cr10070<br><br>Violation:<br><br>Count One: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(1)) |

INFORMATION

At all times relevant to this Information:

General Allegations

1.      Defendant UTKARSH THAKUR ("THAKUR") resided in Springfield, Massachusetts.

2.      Victim 1 resided in Illinois.

3.      Victim 2 resided in Texas.

4.      Victim 3 resided in California.

5.      Other victims resided in Connecticut, Kentucky, Tennessee, and Washington State.

The Money Laundering Conspiracy

6.      Between at least as early as in or about January 2021 and on or about August 4, 2021, THAKUR conspired with others known and unknown to the United States Attorney to accept and deliver to others more than $1 million in cash proceeds of what THAKUR knew to be criminal activity.

<u>Manner and Means of the Money Laundering Conspiracy</u>

7.    Among the manner and means by which THAKUR and coconspirators known and unknown to the U.S. Attorney carried out the conspiracy were the following:

a.    Coconspirators would contact victims by phone and impersonate police officers, federal agents, debt collectors, and others who victims would perceive to be in positions of authority.

b.    Coconspirators would threaten the victims that they would be subject to arrest, deportation, or similar consequences if they failed to send cash to addresses that the coconspirators provided.

c.    Coconspirators would direct victims, including Victims 1, 2, and 3, to send cash by mail or FedEx to the attention of fictitious names, including "Louis Edgar", "Joe Cook", "Keith Allen", "Jacob Ross", and "Tim Woakes", at addresses in Massachusetts ("the Fictitious Addressees").

d.    THAKUR would obtain counterfeit driver's licenses from his coconspirators that contained THAKUR's picture and the names of the Fictitious Addressees.

e.    THAKUR would use the counterfeit driver's licenses to pick up packages of cash that victims sent.

f.    THAKUR would take pictures of the cash and packages and send those pictures to his coconspirators by text message as proof that THAKUR had received the cash.

g.    THAKUR's coconspirators would direct THAKUR to deliver the cash to third parties at various locations inside and outside of Massachusetts.

h.    In this manner, THAKUR received by mail and subsequently transferred to third parties more than $1,000,000 in cash derived from criminal activity.

<u>Acts in Furtherance of the Money Laundering Conspiracy</u>

8.      On various dates between at least as early as in or about January 2021 and on or about August 4, 2021, THAKUR and others known and unknown to the U.S. Attorney committed and caused to be committed the following overt acts, among others, in furtherance of the conspiracy:

*Victim 1*

        a.      On or about June 17, 2021, a coconspirator deceived Victim 1 into sending a FedEx package containing several thousand dollars in cash to "Jacob Ross" at the address of a Walgreens drugstore in Malden, Massachusetts ("the Malden Walgreens").

        b.      On or about June 18, 2021, THAKUR, using a counterfeit driver license containing his picture but bearing the name "Jacob Ross", picked up the package Victim 1 sent at the Malden Walgreens.

        c.      On or after June 18, 2021, a coconspirator texted the address of a third party to THAKUR and instructed him to deliver the cash that Victim 1 sent to that third party.

        d.      On or about June 18, 2021, THAKUR delivered the cash that Victim 1 as instructed.

*Victim 2*

        e.      On or about July 19, 2021, a coconspirator deceived Victim 2 into sending a FedEx package containing $11,000 in cash to "Tim Woakes" at the address of a Walgreens in Everett, Massachusetts ("the Everett Walgreens").

        f.      On or about August 4, 2021, THAKUR, using a counterfeit driver's licenses containing his picture but bearing the name "Tim Woakes", picked up the package Victim 2 sent at the Everett Walgreens.

*Victim 3*

g.      On or about August 3, 2021, a coconspirator deceived Victim 3 into sending a FedEx package containing $10,000 in cash to "Louis Edgar" at an address in Massachusetts.

h.      On or about August 4, 2021, THAKUR, using a counterfeit driver's licenses containing his picture but bearing the name "Louis Edgar", picked up the package Victim 3 sent at a FedEx shipping center located in Randolph, Massachusetts.

<u>COUNT ONE</u>
Money Laundering Conspiracy
(18 U.S.C. § 1956(h))

The U.S. Attorney further charges:

9.       The U.S. Attorney re-alleges and incorporates by reference paragraphs 1-8(h) of this Information.

10.      Between at least as early as in or about January 2021 and on or about August 4, 2021, in the District of Massachusetts and elsewhere, the defendant,

UTKARSH THAKUR,

conspired with others known and unknown to the U.S. Attorney to knowingly engage and attempt to engage in monetary transactions in criminally derived property of a value greater than $10,000, that is, cash, where such property was derived from specified unlawful activity, that is, mail fraud in violation of Title 18, United States Code, Section 1341, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(1))

The United States Attorney further alleges:

11.    Upon conviction of the offense in violation of Title 18, United States Code, Section 1956, set forth in Count One, the defendant,

UTKARSH THAKUR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following

a.  $116,000 in United States currency, seized on August 4, 2021; and

b.  at least $20,000, to be entered in the form of a forfeiture money judgment.

12.    If any of the property described in Paragraph 11, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(1), as a result of any act or omission of the defendant

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 11 above.

All pursuant to Title 18, United States Code, Section 982(a)(1).

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY


By:  *Christopher J Markham*
CHRISTOPHER J. MARKHAM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


DATE:  March 29, 2022