UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-CR-10070-AK |
| | ) | |
| UTKARSH THAKUR, | ) | |
| Defendant. | | |

## **AMENDED FINAL ORDER OF FORFEITURE**

**KELLEY, D.J.**

WHEREAS, on October 6, 2022, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Utkarsh Thakur (the "Defendant"), pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

   (a)  $116,000 in United States currency, seized on August 4, 2021;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on beginning on January 13, 2023 and ending on February 11, 2023;

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREAS, the Court entered a Final Order of Forfeiture against the $116,000 on May 2, 2023;

WHEREAS, after entry of the Final Order of Forfeiture, as a result of a scrivener's error, the government learned that an additional $183 had been seized, making the total amount of currency subject to forfeiture $116,183 (the "Currency");

WHEREAS, the government published notice of the forfeiture of $116,183 on the

government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on March 29, 2024 and ending on April 27, 2024;

WHEREAS, in defendant's written plea agreement, the defendant agreed to consent to orders of forfeiture, and the government is aware of no other interested parties;

WHEREAS, since the publication of the notice of the government's intent to forfeit $116,183, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.    The United States' Motion for an Amended Final Order of Forfeiture is allowed.

2.    The United States of America is now entitled to the forfeiture of all rights, title or interests in the Currency, which are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.    All other parties having any rights, title or interests in the Currency are hereby held in default.

4.    The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

5.    This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Angel Kelley

**Angel Kelley**
United States District Judge

Dated:    5/7/2026

2